[No. 6949-1-II.   Division Two.   February 21, 1985.]

*In the Matter of the Marriage of* KAREN MARIE
MILLER, *Respondent, and* SCOTT HOWARD
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays

Harbor County, No. 67466, John H. Kirkwood, J., entered February 23, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.